1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10    RYAN SCOTT ADAMS,

11                        Petitioner,

                v.

12    STATE OF WASHINGTON,

13                        Respondent.

14

CASE NO. 3:25-CV-5659-BHS-DWC

REPORT AND RECOMMENDATION

Noting Date: September 30, 2025

15        The District Court has referred this 28 U.S.C. § 2254 action to United States Magistrate

16    Judge David W. Christel. Petitioner Ryan Scott Adams, proceeding *pro se*, filed a proposed

17    petition for writ of habeas corpus on July 24, 2025. Dkt. 1. Petitioner did not pay the filing fee or

18    submit an application for leave to proceed *in forma pauperis* (IFP). On July 25, 2025, the Clerk

19    of Court sent Petitioner a letter directing him to submit the filing fee or an application to proceed

20    IFP. Dkt. 2. The Clerk enclosed an IFP application form for Plaintiff's convenience. *See id*; Dkt.

21    2-1. The Clerk warned Plaintiff that if he did not provide the requested documents by August 25,

22    2025, this action could be subject to dismissal. *Id*.

23

24

REPORT AND RECOMMENDATION - 1

1        Petitioner has not paid the filing fee or submitted an application to proceed IFP. He has

2 not responded to the Clerk's Office letter in any manner. Therefore, the Court recommends this

3 case be dismissed without prejudice.

4        Objections to this Report and Recommendation, if any, should be filed with the Clerk and

5 served upon all parties to this suit not later than **fourteen (14) days** from the date on which this

6 Report and Recommendation is signed. Failure to file objections within the specified time may

7 affect your right to appeal. Objections should be noted for consideration on the District Judge's

8 motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may

9 be filed by **the day before the noting date**. If no timely objections are filed, the matter will be

10 ready for consideration by the District Judge on **September 30, 2025**.

11        Dated this 9th day of September, 2025.

12

13                                    David W. Christel

14                                    United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION - 2